*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

HAZIM GULLA, IKHALAS GULLA, HEATHER
GULLA, HOLLY GULLA, HEIDI GULLA,
DARRELL DAVIS, BARBARA DAVIS, ELISA
KLINE, MASON KLINE, ELIZABETH
EBERHARDT, JIMMY JAMES, LAROSA E.
PATRICK, HELEN CHAPMAN, DAMARIUS
CHAPMAN, SADE CHAPMAN, DIONTE
CHAPMAN, TAJUANA CHAPMAN,
TASHIANA CHAPMAN, KYEIRA HOWELL,
LASHONDA JONES, DOROTHY CHAPMAN,
individually and as conservator of ESTATE OF
LULA PEARL ATKINS-NELSON, SHAMIYA
CHAPMAN, DUQUAN CHAPMAN, HARRY
CHAPMAN, MICHAEL LYMON, DEBORAH
CHAPMAN-MARSHALL, FREDERICK
MARSHALL, ESSIE CHAPMAN, INEZ MARIE
WALKER, RONNIE L. WALKER, SHAWANA
M. WALKER, STEVEN W. REDMOND,
JEROME CHAPMAN, JEANETTE CHAPMAN,
MAURICE CHAPMAN, MAY J. CHAPMAN,
JOHN W. CHAPMAN, BOBBIE RODGERS,
HENRY C. BIGGS, RENITA M. COLEMAN,
MELEISA A. BETTS, ANGELA PRICE,
D'ANNA N. PRICE, AA'NIYAH EVANS,
ARTAYAH PRICE, BOBBY DEAN GRACE,
TERRY GRAVELLE, MARILYN DONEY-
GRAVELLE, ANGELINA DONEY, ANNE M.
HICKS, JOSHUA HICKS, LAQUANTUS
CARDELL, RAVEN NEAL, ROMERO
CARDWELL, SIRQRON CARDWELL,
KATHLEEN CLIFTON, CARLTON BUTLER,
DANIEL CLIFTON, DEBBIE MITCHELL-
BUTLER, MAGNOLIA YOUNGER, RYAN
YOUNGER, GOWON YOUNGER, TIESHA
TAYLOR, DAMARRION E. TAYLOR,
MARIAH A. TAYLOR, KANIYA TAYLOR, and
PAULA BROWN,

UNPUBLISHED
January 24, 2019

Plaintiffs-Appellants,

v

STATE OF MICHIGAN, GOVERNOR,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, DEPARTMENT OF HEALTH AND
HUMAN SERVICES, EDWARD KURTZ,
DARNELL EARLEY, and JERRY AMBROSE,

        Defendants-Appellees,
and

DAN WYANT,

        Defendant.

No.  340017
Court of Claims
LC No.  16-000298-MZ

---

LAWRENCE WASHINGTON, JR., individually
and next friend of TAYLOR WASHINGTON,
minor, MORGAN WASHINGTON, minor,
CHLOE WASHINGTON, minor, MADISON
WASHINGTON, minor, and LAWRENCE
WASHINGTON, minor, AARON SWINGER,
ANGELA WAY, and CONNIE MCNEAL,

        Plaintiffs-Appellants,

v

GOVERNOR, STATE OF MICHIGAN,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, DEPARTMENT OF HEALTH AND
HUMAN SERVICES, DARNELL EARLEY,
GERALD AMBROSE, and MIKE BROWN,

        Defendants-Appellees,
and

ED KURTZ,

        Defendant.

No.  340275
Court of Claims
LC No.  16-000300-MM

HAZIM GULLA, IKHALAS GULLA, HEATHER GULLA, HOLLY GULLA, HEIDI GULLA, DARRELL DAVIS, BARBARA DAVIS, ELISA KLINE, MASON KLINE, ELIZABETH EBERHARDT, JIMMY JAMES, LAROSA E. PATRICK, HELEN CHAPMAN, DAMARIUS CHAPMAN, SADE CHAPMAN, DIONTE CHAPMAN, TAJUANA CHAPMAN, TASHIANA CHAPMAN, KYEIRA HOWELL, LASHONDA JONES, DOROTHY CHAPMAN, individually and as conservator of ESTATE OF LULA PEARL ATKINS-NELSON, SHAMIYA CHAPMAN, DUQUAN CHAPMAN, HARRY CHAPMAN, MICHAEL LYMON, DEBORAH CHAPMAN-MARSHALL, FREDERICK MARSHALL, ESSIE CHAPMAN, INEZ MARIE WALKER, RONNIE L. WALKER, SHAWANA M. WALKER, STEVEN W. REDMOND, JEROME CHAPMAN, JEANETTE CHAPMAN, MAURICE CHAPMAN, MAY J. CHAPMAN, JOHN W. CHAPMAN, BOBBIE RODGERS, HENRY C. BIGGS, RENITA M. COLEMAN, MELEISA A. BETTS, ANGELA PRICE, D'ANNA N. PRICE, AA'NIYAH EVANS, ARTAYAH PRICE, BOBBY DEAN GRACE, TERRY GRAVELLE, MARILYN DONEY-GRAVELLE, ANGELINA DONEY, ANNE M. HICKS, JOSHUA HICKS, LAQUANTUS CARDELL, RAVEN NEAL, ROMERO CARDWELL, SIRQRON CARDWELL, KATHLEEN CLIFTON, CARLTON BUTLER, DANIEL CLIFTON, DEBBIE MITCHELL-BUTLER, MAGNOLIA YOUNGER, RYAN YOUNGER, GOWON YOUNGER, TIESHA TAYLOR, DAMARRION E. TAYLOR, MARIAH A. TAYLOR, KANIYA TAYLOR, and PAULA BROWN,

Plaintiffs-Appellees,

v

STATE OF MICHIGAN, GOVERNOR, DEPARTMENT OF ENVIRONMENTAL QUALITY, and DEPARTMENT OF HEALTH

No.  340458
Court of Claims
LC No.  16-00298-MZ

-3-

AND HUMAN SERVICES,

Defendants-Appellants,
and

EDWARD KURTZ, DARNELL EARLEY,
JERRY AMBROSE, and DAN WYANT,

Defendants.

---

LAWRENCE WASHINGTON, JR., individually
and next friend of  TAYLOR WASHINGTON,
minor, MORGAN WASHINGTON, minor,
CHLOE WASHINGTON, minor, MADISON
WASHINGTON, minor, and LAWRENCE
WASHINGTON, minor, AARON SWINGER,
ANGELA WAY, and CONNIE MCNEAL,

Plaintiffs-Appellees-Cross-
Appellants,

v

GOVERNOR, STATE OF MICHIGAN,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

Defendants-Appellants-Cross-
Appellees,
and

DARNELL EARLEY, GERALD AMBROSE,
MIKE BROWN  and ED KURTZ,

Defendants.

No.  340890
Court of Claims
LC No.  16-000300-MM

---

Before:  Servitto, P.J., and K. F. KELLY, and SHAPIRO, JJ.

K. F. KELLY, J. *(concurring).*

I concur in the result only.

/s/ Kirsten Frank Kelly

-4-